IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:20CR1-11 |
| | ) | |
| ALONZO ROBERTS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that some of the pretrial motions have been complied with as to defendant, Alonzo Roberts, Jr. A hearing regarding the remaining motions will be set by separate Notice.

IT IS ORDERED THAT the following motions are DISMISSED:

(Doc. 477) Motion for Release of Brady Materials,

(Doc. 478) Motion for Discovery,

(Doc. 480) Motion to Compel Disclosure of Confidential Witness, and

(Doc. 482) Motion to Reveal Deal or Inducements of Witnesses,

SO ORDERED, this 17th day of August 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA