IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 6:20CR1-11 |
| | ) | |
| ALONZO ROBERTS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel in the above-captioned case has advised the Court that all pretrial motions filed on behalf of the defendant have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that all pretrial motions filed on behalf of the defendant, Alonzo Roberts, Jr. (11), are DISMISSED.

SO ORDERED, this 11th day of February 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA